[No. 66638-0-I.   Division One.   July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ROY DALTON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-01234-4, Anna M. Laurie, J., entered October 17, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Schindler, JJ.

[No. 66645-2-I.   Division One.   July 25, 2011.]

JAMES PRUITT ET AL., *Appellants*, v. PIERCE COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-11821-1, James R. Orlando, J., entered January 11, 2010. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Appelwick and Schindler, JJ.

[No. 66931-1-I.   Division One.   July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN OWEN PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-01171-1, Roger A. Bennett, J., entered January 12, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Leach, JJ.

[No. 67131-6-I.   Division One.   July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. PONZI BERNARD WILLIAM, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-04333-1, Frank E. Cuthbertson, J., entered September 25, 2009. *Reversed* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.